# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted May 9, 2023
Decided May 11, 2023

**Before**

AMY J. ST. EVE, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

No. 22-2276

| | |
|---|---|
| THOMAS F. BALL, II,<br>　　*Petitioner-Appellant*,<br><br>　　　*v.*<br><br>DAN CROMWELL,<br>　　*Respondent-Appellee*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 21-cv-0637-bhl<br><br>Brett H. Ludwig,<br>*Judge*. |

**O R D E R**

Thomas Ball has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254, which we construe as a request for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED.